UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TAMRAT,<br><br>    Plaintiff,<br><br>v.<br><br>SONOMA COUNTY MAIN ADULT DETENTION FACILITY ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. 21-cv-00127-PJH<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. The original complaint was dismissed with leave to amend and the court is awaiting an amended complaint. Plaintiff has filed a notice that he seeks to dismiss this case. Docket No. 17. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

Dated: July 6, 2021

                                                     */s/ Phyllis J. Hamilton*
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge